FILED

04/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0184



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0184

MICHAEL DUNNE,

        Petitioner,

  v.

JIM SALMONSEN,

        Respondent,

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: April 14, 2022.

BOWEN GREENWOOD
Clerk of the Supreme Court